IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. MAGISTRATE JUDGE GORDON P. GALLAGHER

Criminal Case No. 15-mj-45-MSK-GPG
Date: October 5, 2015

UNITED STATES OF AMERICA,
Plaintiff,

v.

ANGEL GUZMAN-GUTIERREZ,
Defendant.

_____

     The appointment of Federal Public Defender is terminated. Private counsel, Steven Laiche has entered his appearance.